CR 12 (Rev. 5/03)

ORIGINAL

# WARRANT FOR ARREST

**United States District Court**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOHN LAFORTE, a/k/a "S.I.," a/k/a "Hammer"

DOCKET NO. 07 CRIM.    MAGISTRATE'S CASE NO. 889

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:

JOHN LAFORTE

WARRANT ISSUED ON THE BASIS OF:
- X Indictment
- ☐ Order of Court
- ☐ Information
- ☐ Complaint

DISTRICT OF ARREST:

TO: United States Marshal or Any Other Authorized Officer

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Conducting an illegal gambling business; conspiracy

SEP 20 2007

IN VIOLATION OF

UNITED STATES CODE TITLE: 18

SECTION: 371, 1955

BAIL:    OTHER CONDITIONS OF RELEASE:

ORDERED BY:    SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)

DATE ORDERED: 9/19/07

CLERK OF COURT:    (BY) DEPUTY CLERK:    DATE ISSUED:

## RETURN

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED: 9/19/07

DATE EXECUTED: 9/20/07

NAME AND TITLE OF ARRESTING OFFICER: Theresa J. Lloyd, Special Agent

SIGNATURE OF ARRESTING OFFICER: Theresa J. Lloyd

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.