```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA             :
                                     :
        -v.-                         :     ORDER OF FORFEITURE
                                     :
JOHN LAFORTE,                        :     07 Cr. 889 (RPP)
    a/k/a "Hammer,"                  :
    a/k/a "S.I.,"                    :
                                     :
        Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about September 19, 2007, JOHN LAFORTE, a/k/a "Hammer," a/k/a "S.I.," (the "defendant"), among others, was charged in an Indictment, 07 Cr. 889 (RPP) (the "Indictment"), with operating an illegal gambling business from 2006 through July 2007, in violation of Title 18, United States Code, Section 1955 (Count Two);

WHEREAS, the Indictment included a forfeiture allegation seeking forfeiture to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 1955(d) and Title 28, United States Code, Section 2461, of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in the Indictment, including but not limited to the following:

      a.    At least $5,000,000 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the offenses for which the defendants are jointly and severally liable;

WHEREAS, on May 14, 2008, the defendant pled guilty to Count Two of the Indictment pursuant to a plea agreement with the

Government;

WHEREAS, on June 20, 2008, the defendant was sentenced and ordered to forfeit a sum of $5,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offense charged in Count Two of the Indictment;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count Two of the Indictment, for which the defendant pled guilty, a forfeiture money judgment in the amount of $5,000.00 shall be entered against the defendant, for which the defendants are jointly and severally liable.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, JOHN LAFORTE, at the time of sentencing and shall be made part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment

✗ with respect to this defendant, interest will be stayed until such time as the defendant is released from prison. RPP

shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service," and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

5.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

6.  The Clerk of the Court shall forward three certified copies of this Order to Assistant United States Attorney Anna E. Arreola, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       June 20, 2008

                                SO ORDERED:

                                _____
                                HONORABLE ROBERT P. PATTERSON
                                UNITED STATES DISTRICT JUDGE