# Lemole, McCarthy & Associates
# 1492 Victory Blvd.
# Staten Island, New York 10301
# (718)-981-7500
# Fax 718-720-1882
# E-mail plemole18@aol.com

**Edward P. McCarthy N.Y. bar 1963**                              **Paul A. Lemole N.Y. Bar 1964**
                                                                                           **& Federal Bar**

July 9, 2008


Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007


U.S. Department of Justice
United States Attorney
Southern District of New York
AUSA  David Benton Massey
The Silvio J. Mollo Building
One Saint Andrews Plaza
New York, N.Y. 10007


        Re: U.S.A. v. John LaForte
           07-CR-889 (RPP)

Honorable and Dear Sir:

  I represent the defendant John LaForte. Please consider this letter to be an application to amend or clarify that part of the judgment ( page 3 ) which judgment was entered and filed against this defendant on June 30, 2008.

  At its page 3, the judgment imposes supervised release upon John LaForte for a period of 3 years. It is my hope and desire that your Honor amend and/or clarify that the 3 years supervised release imposed in this judgment is to run concurrent with the 3 years

-1-

supervised release imposed in the Eastern District case # 06CR839(DGT).

As your Honor may recall You imposed an 8 month term of imprisonment of which 4 months ran concurrently with that Eastern District case.

At the time of the sentence, I failed to address the issue of concurrency of this supervised release with the Eastern District case. If this supervised release is not expressly made to run concurrent with the Eastern District case, I fear that it will be interpreted to be 6 years of supervised release which I believe is inordinate for this defendant.

Please amend and/or clarify the judgment to state that supervised release is concurrent or consecutive.

Of course, I am humbly asking the Court to run it concurrently with the Eastern District case.

yours,

Paul A. Lemole